FRANK MANGANO, Plaintiff, *v.* SUNBRIGHT STEAM LAUN-
DRY CO., INC., Appellant, and AMERICAN EMPLOYERS'
INSURANCE COMPANY OF BOSTON, Respondent.

Argued March 11, 1937; decided March 25, 1937.

*Jay Leo Rothschild* and *Walter S. Beck* for appellant.
*Walter L. Glenney* and *Chauncey L. Grant* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.